

# NUMBER 13-15-00226-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF K.A.B., A CHILD.

---

**On Appeal from the 28th District Court
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Bruna Tosso, proceeding pro se, appealed a judgment entered by the 28th District Court of Nueces County, Texas granting a plea to the jurisdiction in a suit affecting the parent-child relationship. On May 18, 2015, the Clerk of this Court requested that appellant pay the filing fee for her appeal within ten days. On June 1, 2015, the Clerk notified appellant that she was delinquent in remitting the filing fee for this appeal and that the appeal was subject to dismissal if the fee was not paid within ten days from the date of receipt of the notice. *See* TEX. R. APP. P. 42.3(b), (c).

To date, appellant has neither responded to this Court's notice nor paid her filing fee. The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
2nd day of July, 2015.

2